UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRACEY LIU and ANGELA NEFF,

Plaintiffs,

v.

LASERAWAY MEDICAL GROUP, INC.,

Defendant.

Case No. C24-759RSM

ORDER LIFTING STAY

This matter comes before the Court on the parties' Joint Status Report and the relief requested therein. Dkt. #11. The parties "jointly ask the Court to lift the stay in this case and to set a deadline of May 27, 2025, for Defendant to respond to Plaintiffs' complaint…" *Id.* at 2. This request is based on the instructions in the Court's June 7, 2024, Order. *See* Dkt. #7.

The Court finds good cause to lift the stay for the reasons stated in the Joint Status Report.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that the stay in this case is LIFTED. Defendant has until May 27, 2025, to respond to Plaintiffs' Complaint.

DATED this 25th day of April, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER LIFTING STAY - 1