UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRACEY LIU and ANGELA NEFF,<br><br>            Plaintiffs,<br><br>   v.<br><br>LASERAWAY MEDICAL GROUP, INC.<br><br>            Defendant. | No. 2:24-cv-759-RSM<br><br>STIPULATED MOTION AND ORDER TO SET BRIEFING SCHEDULE AND STAY OTHER DEADLINES |

STIPULATED MOTION AND ORDER TO SET
BRIEFING SCHEDULE – 1

## I. STIPULATED MOTION

1. On May 5, 2025, the Court issued its Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement, which set the deadline for the Parties' Joint Status Report for June 17, 2025. ECF No. 14.

2. On May 27, 2025, Defendant LaserAway Medical Group, Inc. ("LaserAway") filed a motion to compel arbitration in the above-captioned action. ECF Nos. 15–17.

3. On May 30, 2025, Plaintiffs served their first set of discovery requests (the "Discovery Requests") directed to the formation of agreements to arbitrate.

4. On June 11, 2025, counsel for the Parties met-and-conferred about a briefing schedule regarding the pending motion to compel arbitration and responses to Plaintiffs' Discovery Requests.

5. For good cause and to allow for the exchange of discovery related to contract formation, the Parties have agreed to the following schedule and jointly request that the Court grant the Parties' stipulation thereto:

| Date | Event |
|---|---|
| **June 30, 2025** | LaserAway's Responses to Discovery Requests |
| **July 14, 2025** | Plaintiffs' Response to LaserAway's motion to compel arbitration |
| **July 28, 2025** | LaserAway's Reply in support of its motion to compel arbitration |

6. The Parties also request the Court stay the current case management deadlines pending resolution of Defendant's motion to compel arbitration.

STIPULATED MOTION AND ORDER TO SET
BRIEFING SCHEDULE – 2

STIPULATED TO AND DATED THIS 16th day of June, 2025.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Blythe H. Chandler
Beth E. Terrell, WSBA No. 26759
bterrell@terrellmarshall.com
Jennifer Rust Murray, WSBA No. 36983
jmurray@terrellmarshall.com
Blythe H. Chandler, WSBA No. 43387
bchandler@terrellmarshall.com
Eden B. Nordby, WSBA No. 58654
enordby@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603

BERGER MONTAGUE PC

Sophia M. Rios
srios@bm.net
8241½ La Mesa Blvd
La Mesa, California 91942
Telephone: (619) 489-0300

E. Michelle Drake
emdrake@bm.net
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Telephone: (612) 594-5933

*Attorneys for Plaintiffs*

PERKINS COIE LLP

By:   /s/ *Kathleen M. O'Sullivan*
Kathleen M. O'Sullivan, WSBA No. 27850
KOSullivan@perkinscoie.com
Thomas J. Tobin, WSBA No. 55189
TTobin@perkinscoie.com
Alexander J. Bau, WSBA No. 58745
ABau@perkinscoie.com
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Telephone: (206) 359-8000

*Attorneys for Defendant
LaserAway Medical Group, Inc.*

**IT IS SO ORDERED**.

DATED this June 17, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO SET
BRIEFING SCHEDULE – 3