UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRACEY LIU and ANGELA NEFF,<br><br>        Plaintiffs,<br><br>   v.<br><br>LASERAWAY MEDICAL GROUP, INC.,<br><br>        Defendant. | NO. 2:24-cv-00759-RSM<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL OR IN OPEN COURT** |

THIS MATTER came before the Court on Plaintiffs' Motion to File Confidential Documents Under Seal, Dkt. #26. Having reviewed the briefing and the remainder of the record, the Court finds that there are compelling reasons to seal the unredacted version of Exhibit 3 to the Declaration of Blythe Chandler, because the documents are medical records. *See Karpenski v. Am. Gen. Life Companies, LLC*, No. 2:12-cv-01569RSM, 2013 WL 5588312, at *1 (W.D. Wash. Oct. 9, 2013). Based on the foregoing, IT IS HEREBY ORDERED THAT Plaintiffs' Motion to File Confidential Documents Under Seal or in Open Court is GRANTED and the Clerk is directed to SEAL Exhibit 3 to the Declaration of Blythe H. Chandler in Support of Plaintiffs' Opposition to Motion to Compel Arbitration.

DATED this 24th day of October, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE